# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144394

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PREMIER CENTER OF CANTON, L.L.C.,
      Plaintiff-Appellee,

and

THE KROGER COMPANY OF MICHIGAN,
      Intervening Plaintiff-Appellee,

v

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,
      Defendant/Cross-Plaintiff/Third-
      Party Plaintiff-Appellee,

and

ASPHALT SPECIALISTS, INC.,
      Defendant/Cross-Defendant-
      Appellant,

and

LOU'S TRUCKING COMPANY, INC., d/b/a
RENTAL SPECIALISTS, L.L.C., LOU'S SCRAP
TRANSPORT, INC., TKMS, LTD., DANIEL
ISRAEL and BRUCE ISRAEL,
      Third-Party Defendants-Appellants.

SC: 144394
COA: 297799
Wayne CC: 08-017780-CK

_____/

      On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

p0917